UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY WOLFE,<br><br>             Plaintiff,<br><br>      v.<br><br>STRYKER CORPORATION; and<br>STRYKER SALES CORPORATION,<br><br>             Defendants. | CASE NO. C10-5084JRC<br><br>ORDER GRANTING<br>UNOPPOSED MOTION TO<br>EXTEND ANSWER DEADLINE |

Based upon defendants' Unopposed Motion to Extend Answer Deadline, (Doc. 9) IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion is granted, and that the deadline for defendants to answer plaintiff's Complaint or otherwise appear is extended to **April 1, 2010**.

Dated this 2nd day of March, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER - 1