THE HONORABLE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY WOLFE,

           Plaintiff,

   v.

STRYKER CORPORATION; and
STRYKER SALES CORPORATION,

           Defendants.

NO. C10-5084 JRC

**ORDER TO EXTEND ANSWER DEADLINE**

Based upon the agreement of the parties,

IT IS HEREBY ORDERED that defendants' motion is granted, and that the deadline for defendants to answer plaintiff's Complaint or otherwise appear is extended to April 23, 2010.

DATED this 26th day of March, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1
Case No. C10-5084 JRC